```
 1  JOHN H. DONBOLI (SBN: 205218)
    JL SEAN SLATTERY (SBN: 210965)
 2  DEL MAR LAW GROUP, LLP
    322 Eighth Street, Suite 101
 3  Del Mar, CA 92014
    Telephone: (858) 793-6244
 4  Facsimile: (858) 793-6005

 5  Attorneys for Plaintiff: BLAKE STEWART, an
    individual and on behalf of all similarly situated
 6
```

FILED

08 FEB 13 PM 3: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BLAKE STEWART, an individual and on behalf of all similarly situated,

Plaintiff,

vs.

C. C. T. G., LTD., a California Corporation, and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 08 CV 0269 BEN CAB

**CLASS ACTION**

**NOTICE OF INTERESTED PARTIES**

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

PLEASE TAKE NOTICE that the following parties have a direct pecuniary interest in the outcome of this case:

| PARTY | CONNECTION |
|---|---|
| Blake Stewart | Plaintiff |
| C.C.T.G. LTD | Defendant |

Dated: February 12, 2008          DEL MAR LAW GROUP, LLP

By: _____
John H. Donboli
JL Sean Slattery
Counsel for Plaintiff: BLAKE STEWART
and all others similarly situated

NOTICE OF INTERESTED PARTIES