| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858 793-6244 | FOR COURT USE ONLY |
|---|---|---|
| John H. Donboli (SBN 205218)<br>Del Mar Law Group<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>NCAL-0002 | |

Insert name of court, judicial district or branch court, if any:

**United States District Court**
**Southern District of California**
880 Front Street, Suite 4290
San Diego, CA 92101

PLAINTIFF:
BLAKE STEWART, AN INDIVIDUAL AND ON BEHALF OF ALL SIMILARLY SITUATED

DEFENDANT
C.C.T.G., LTD., A CALIFORNIA CORPORATION, et al.

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>08-CV-0269 BEN CAB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS; COMPLAINT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES

ON: C.C.T.G., a California Corporation
AT: 1660 Dove Street, Ste. 330
Newport Beach, CA 92660

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 2/28/2008 11:18:00 AM
PERSON SERVED: Verlon L Mckay, CPA - Person Authorized to Accept

FEE FOR SERVICE: $89.00

Registered California Process Server
County: Orange
**Registration No.** PSC 1797
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Sunday, March 09, 2008**

Signature: _____
Paul Macaj

**PROOF OF SERVICE**

157459