1  JOHN H. DONBOLI (SBN: 205218)
   JL SEAN SLATTERY (SBN: 210965)
2  DEL MAR LAW GROUP, LLP
   322 Eighth Street, Suite 101
3  Del Mar, CA 92014
   Telephone: (858) 793-6244
4  Facsimile: (858) 793-6005

5  Attorneys for Plaintiff: BLAKE STEWART, an
   individual and on behalf of all similarly situated
6

7

8
                         UNITED STATES DISTRICT COURT
9
                        SOUTHERN DISTRICT OF CALIFORNIA
10

11  BLAKE STEWART, an individual and on          )  CASE NO. 08-CV-0269 BEN CAB
    behalf of all similarly situated,            )
12                                               )  **CLASS ACTION**
                          Plaintiff,             )
                                                 )  **PROOF OF SERVICE**
13                 vs.                           )
                                                 )
14  C. C. T. G., LTD., a California Corporation, and )
    DOES 1 through 100, inclusive,               )  Complaint Filed:    February 14, 2008
15                                               )  Trial Date:         None Set
                          Defendants.            )
16                                               )
                                                 )
17
                                **PROOF OF SERVICE**
18
        I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego,
19  California, in which the within-mentioned service occurred; and that I am not a party to the
    subject cause. My business address is 322 8th Street, Suite 101, Del Mar, California 92014.
20
        On April 17, 2008, I served the following document(s):
21
    **1. FIRST AMENDED COMPLAINT**
22
    by placing a copy thereof in a separate envelope for each addressee named hereafter and
23  addressed as follows:

24      Scott J. Ferrell
        James B. Hardin
25      Rafik Matter
        CALL, JENSEN & FERRELL
26      A Professional Corporation
        610 Newport Beach, CA 92660
27      Tel: 949.717.3000
        Fax: 949.717.3100
28

---

08-CV-0269 BEN CAB

1  (X )  **BY E-FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case. The Case Filing Receipt will be maintained with the original document(s) in our office.

( )  **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**. I am familiar with this firm's practice of collection and processing correspondence for certified mailing, return receipt requested with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §877.6.

( )  **BY MAIL**. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( )  **BY FAX**. In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

( )  **BY PERSONAL SERVICE**. I hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

( )  **BY FEDERAL EXPRESS**. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 17, 2008.

By: /s Kaia Gilbert_____
KAIA GILBERT

-1-

08-CV-0269 BEN CAB