Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 APR 18 PM 2:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ KNH _____ DEPUTY

BLAKE STEWART, an individual and on behalf of all similarly situated,

vs

C. C. T. G., LTD., a California Corporation, EUGENE CODA, an individual, and DOES 1 through 100, inclusive,

SUMMONS IN A CIVIL ACTION

Case No. 08-CV-0269 BEN CAB

*On First Amended Complaint*

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOHN H. DONBOLI
JL SEAN SLATTERY
DEL MAR LAW GROUP, LLP, 322 Eighth Street, Suite 101, Del Mar, CA 92014
Telephone: (858) 793-6244

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

APR 18 2008

K. HAMMERLY
CLERK

DATE

By _____, Deputy Clerk

Summons in a Civil Action                                                                                     Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com