| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: 858 793-6244 | FOR COURT USE ONLY |
|---|---|
| John H. Denboli (SBN 205218)<br>Del Mar Law Group<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>MCAL-0002 |

Insert name of court, judicial district or branch court, if any:

United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA 92101

PLAINTIFF:
BLAKE STEWART, AN INDIVIDUAL AND ON BEHALF OF ALL SIMILARLY SITUATED

DEFENDANT
C.C.T.G., LTD., A CALIFORNIA CORPORATION, EUGENE CODA, AN INDIVIDUAL, AND DOES 1 THROUGH 100, INCLUSIVE

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>08-CV-0269 BEN CAB |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL FAIR CREDIT REPORTING ACT (FCRA)

ON: Eugene Coda, an individual
AT: 2467 Blackbird Avenue
    Mckinleyville, CA 95519

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By delivering to and leaving with the above named person a copy thereof.**

DATE AND TIME OF DELIVERY: 4/25/2008 6:15:00 PM

FEE FOR SERVICE: $157.00

Registered California Process Server
County: Eureka CA
**Registration No.** 05-04 Humboldt
American Messenger Service, Inc.
2870 4th Avenue, Suite 102
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, April 30, 2008**

Signature: /s/ Nathan Baroni

Nathan Baroni