1  JOHN H. DONBOLI (SBN: 205218)
   DEL MAR LAW GROUP, LLP
2  322 Eighth Street, Suite 101
   Del Mar, CA 92014
3  Telephone: (858) 793-6244
   Facsimile: (858) 793-6005
4
   Attorneys for Plaintiff: BLAKE STEWART, an
5  individual and on behalf of all similarly situated

6  ELIZABETH J. KOUMAS (SBN: 157425)
   KOUMAS LAW GROUP
7  110 W "C" St, Suite 1810
   San Diego, CA, 92101
8  Telephone: (619) 398-8301
   Facsimile: (619) 234-8814
9
   Attorneys for Defendants: C. C. T. G., LTD. and EUGENE CODA
10

11                        UNITED STATES DISTRICT COURT

12                        SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE STEWART, an individual and on behalf of all similarly situated, | CASE NO. 08-CV-0269 BEN CAB |
| Plaintiff, | **CLASS ACTION** |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND** |
| C. C. T. G., LTD., a California Corporation, EUGENE CODA, an individual, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff BLAKE STEWART ("Plaintiff") and defendants C. C. T. G., LTD. and EUGENE CODA (collectively "Defendants") hereby move this Court for an Order granting Defendants an extension of time in which to file an answer or otherwise respond to the First Amended Complaint up to and including June 6, 2008. In support of this joint motion, the parties present the following:

   1.   On or about April 17, 2008, Plaintiff filed the First Amended Complaint.

   2.   On or about April 18, 2008, the Summons was issued on the First Amended Complaint.

3. On or about April 25, 2008, defendant Eugene Coda was served.

4. Mr. Coda's last day to file a first responsive pleading is May 15, 2008.

5. Mr. Coda requires additional time to answer or otherwise respond to the First Amended Complaint. Additional time is necessary in order to conduct further investigation and participate in the Early Neutral Evaluation prior to responding to the First Amended Complaint.

6. Mr. Coda requests a 22-day extension of time to file its Answer or otherwise respond to the First Amended Complaint.

7. Undersigned counsel for Mr. Coda conferred with undersigned counsel for Plaintiff, who does not oppose this extension. Mr. Coda has not previously sought an extension of its answer deadline.

8. The requested extension of time is not being made for the purpose of delay, but rather is to further the interests of justice.

WHEREFORE, Plaintiff and Defendants respectfully pray for an Order granting Mr. Coda an extension of time to answer or otherwise respond to the First Amended Complaint up to and including June 6, 2008 and for such other and further relief this Court deems just and proper.

Dated: May 15, 2008                    DEL MAR LAW GROUP, LLP


By:/sJohn H. Donboli
  John H. Donboli
  Email: jdonboli@delmarlawgroup.com
  Counsel for Plaintiff: BLAKE STEWART
  and all others similarly situated

Dated: May 15, 2008                    KOUMAS LAW GROUP


By:/sElizabeth J. Koumas
  Elizabeth J. Koumas
  Email: ejk@koumaslaw.com
  Counsel for Defendants: C. C. T. G., LTD.
  and EUGENE CODA