1 | Elizabeth J. Koumas, Esq. (SBN 157425)
2 | KOUMAS LAW GROUP
3 | 110 West C Street, Suite 1810
  | San Diego, CA 92101
  | Tel: (619) 398-8301
4 | Fax: (619) 234-8814

5 | Attorney for CCTG, Ltd.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE STEWART, an individual an on behalf of all similarly situated, | CASE NO.: 08 CV 0269 BEN CAB |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| C.C.T.G., LTD, a California Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Elizabeth J. Koumas, counsel for Defendant in the above-entitled case, will be unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to *ex parte* applications or motions, appearing in court or other forums, receiving or responding to discovery or attending depositions on the following dates:

June 12-16, 2008

August 12-20, 2008

September 4-15, 2008

Counsel requests that the usual professional courtesies be extending during this unavailability.

NOTICE OF UNAVAILABILITY                     08 CV 0269 BEN CAB

1  Furthermore, purposely scheduling a conflicting proceeding without good cause is
2  sanctionable conduct.  <u>Tenderloin Housing Clinic v. Sparks</u>, (1992) 8 Cal.App.4th 299.
3  DATED: 5.14.08

KOUMAS LAW GROUP

*/s/ E. Koumas*

Elizabeth J. Koumas
Attorney for Defendant CCTG, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE STEWART )<br>)<br>vs. )<br>)<br>)<br>CCTG, LTD. )<br>)<br>) | Case No. 08-CV-0269 BEN CAB<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>John Donboli, Esq.<br><br>Date Served:<br>05/16/08 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
Notice of Unavailability
in the following manner: (check one)

1)   By personally delivering copies to the person served.

2)   By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   ✗   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, CA
     on  May 16  , 20 08  .

Del Mar Law Group
322 Eighth Street, Ste. 101
Del Mar, CA 92104

Executed on ___May 16___, 20 08    at San Diego, CA

_____
(signature)

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)