1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11   BLAKE STEWART, an individual and on          Civil No.    08cv269 BEN (CAB)
     behalf of all similarly situated,

12                                   Plaintiff,

13                   v.                            **NOTICE AND ORDER FOR EARLY
                                                   NEUTRAL EVALUATION
14   C.C.T.G., LTD. a California Corporation;      CONFERENCE**
     EUGENE CODA, an individual; and DOES 1
15   through 100, inclusive,

16                                   Defendants.

17

18           IT IS HEREBY ORDERED that an Early Neutral Evaluation of your case will be held

19   on **May 27, 2008**, at **2:00 p.m.** before United States Magistrate Judge Cathy Ann Bencivengo,

20   United States Courthouse, 940 Front Street, Room 1131, San Diego, California.

21           **The following are _mandatory_ guidelines for the parties preparing for the Early**

22   **Neutral Evaluation Conference.**

23           1.      **Purpose of Conference:**  The purpose of the Early Neutral Evaluation

24   Conference ("ENE") is to permit an informal discussion between the attorneys, parties, and the

25   settlement judge of every aspect of the lawsuit in an effort to achieve an early resolution of the

26   case.  All conference discussions will be informal, off the record, privileged and confidential.

27   Counsel for any non-English speaking parties is responsible for arranging for the appearance of an

28   interpreter at the conference.

                                              1

2.    **Personal Appearance of Parties Is Required:**  All parties, adjusters for insured defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, and the principal attorneys responsible for the litigation, must be present **in person** and legally and factually prepared to discuss settlement of the case.[1]

3.    **Full Settlement Authority Required:**  In addition to counsel who will try the case, a party or party representative with full settlement authority must be present for the conference.  In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must be present and must have discretionary authority to commit the company to pay an amount up to the amount of the plaintiff's prayer (excluding punitive damage prayers).  The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.  Counsel for a government entity may be excused from this requirement so long as the government attorney who attends the ENE conference (1) has primary responsibility for handling the case; and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official having ultimate settlement authority.

Unless there are **extraordinary circumstances,** persons required to attend the conference pursuant to this Order shall not be excused from personal attendance.  Requests for excuse from attendance for extraordinary circumstances shall be made in writing at least 48 hours prior to the conference.  Failure to appear at the ENE conference will be grounds for sanctions.

4.    **Confidential ENE Statements Required:**  No later than **May 22, 2008**, the parties shall submit confidential statements of five pages or less directly to the chambers of Magistrate Judge Bencivengo outlining the nature of the case, the claims, and the defenses.  These

---

[1]  "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement options and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  Pitman v. Brinker Intl., Inc., 216 F.R.D. 481, 485-486 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference.  Id. at 486.  A limited or a sum certain of authority is not adequate. Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

2

1  statements shall not be filed or served on opposing counsel.

2        5.   **New Parties Must Be Notified by Plaintiff's Counsel:** Plaintiff's counsel

3  shall give notice of the ENE to parties responding to the complaint after the date of this notice.

4        6.   **Requests to Continue an ENE Conference:** Local Rule 16.1(c) requires that

5  an ENE take place within 45 days of the filing of the first answer. Here, at the request of the

6  parties, an ENE is being held prior to the filing of the first answer. Requests to continue ENEs are

7  rarely granted. However, the Court will consider formal, written *ex parte* requests to continue an

8  ENE conference when extraordinary circumstances exist that make a continuance appropriate. In

9  and of itself, having to travel a long distance to appear in person is not "extraordinary." **Absent**

10 **extraordinary circumstances, requests for continuances will <u>not</u> be considered *unless***

11 **submitted in *writing* no less than seven (7) days prior to the scheduled conference.**

12       Questions regarding this case or the mandatory guidelines set forth herein may be

13 directed to Judge Bencivengo's law clerk at (619) 557-7688.

14       A Notice of Right to Consent to Trial Before a United States Magistrate Judge is

15 attached for your information.

16       **IT IS SO ORDERED**.

17

18 DATED: May 19, 2008

19

20 _____
   **CATHY ANN BENCIVENGO**
   United States Magistrate Judge

21

22

23

24

25

26

27

28

08cv269

1

### NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE A UNITED STATES MAGISTRATE JUDGE

2

3        In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a
U.S. Magistrate Judge of this district may, upon the consent of all parties on form1a (available in
the clerk's office), conduct any or all proceedings, including a jury or non-jury trial, and order the
entry of a final judgment.  Counsel for the plaintiff shall be responsible for obtaining the consent
of all parties, should they desire to consent.

4

5

6        You should be aware that your decision to consent or not to consent is entirely voluntary
and should be communicated solely to the Clerk of Court.  Only if all parties consent will the
Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

7

8        Judgments of the U.S. Magistrate Judges are appealable only to the U.S. Court of
Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08cv269