FILED

08 MAY 19 PM 4:22

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE STEWART, an individual and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>C. C. T. G., LTD., a California Corporation, EUGENE CODA, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0269 BEN CAB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND** |

The Court considered the Joint Motion for Extension of Time to File Answer or Otherwise Respond to the Complaint. For good cause shown, the Court GRANTS defendants C. C. T. G., LTD. and EUGENE CODA's (collectively "Defendants") request for an extension of time. Defendants shall file an Answer or otherwise respond to the First Amended Complaint by June 6, 2008.

IT IS SO ORDERED.

DATE: 5/16/08

_____
Hon. Roger T. Benitez
U.S. District Judge