1  JOHN H. DONBOLI (SBN: 205218)
   DEL MAR LAW GROUP, LLP
2  322 Eighth Street, Suite 101
   Del Mar, CA 92014
3  Telephone: (858) 793-6244
   Facsimile: (858) 793-6005
4
   Attorneys for Plaintiff: BLAKE STEWART, an
5  individual and on behalf of all similarly situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE STEWART, an individual and on behalf of all similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>C. C. T. G., LTD., a California Corporation, EUGENE CODA, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 08-CV-0269 BEN CAB<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY STIPULATION OF ALL PARTIES** |

　　　　Plaintiff BLAKE STEWART ("Plaintiff") and defendants C. C. T. G., LTD. and EUGENE CODA (collectively "Defendants") hereby provide notice to this Court and seek an Order dismissing the case based on the following:

　　　　Plaintiff BLAKE STEWART ("Plaintiff") filed the Complaint in the above-captioned action on February 13, 2008 against defendant C. C. T. G., LTD.;

　　　　Plaintiff filed the First Amended Complaint in the above-captioned action on or about April 18, 2008 against defendant C. C. T. G., LTD. and individual defendant EUGENE CODA;

　　　　The Parties attended an Early Neutral Evaluation on May 27, 2008, which significantly assisted the parties towards resolution of the above-captioned action; and

　　　　On or about June 3, 2008, Plaintiff and Defendants have reached a full and final settlement of all matters and entered into a Settlement Agreement.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, through their respective counsels, that the claims of Plaintiff in the above-captioned action are resolved and that this case should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)[1]. Plaintiff and Defendants shall bear their own costs and attorneys' fees.

Dated: July 15, 2008          DEL MAR LAW GROUP, LLP

By:/sJohn H. Donboli
    John H. Donboli
    Email: jdonboli@delmarlawgroup.com
    Counsel for Plaintiff: BLAKE STEWART
    and all others similarly situated

Dated: July 15, 2008          KOUMAS LAW GROUP

By:/sElizabeth J. Koumas
    Elizabeth J. Koumas
    Email: ejk@koumaslaw.com
    Counsel for Defendants: C. C. T. G., LTD.
    and EUGENE CODA

---

[1] Rule 23 is inapplicable in this matter as it provides that the "court must approve any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a **certified class**." Rule 23(e) (emphasis added). In this case, there has been no motion or any other attempt to certify a class.