| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):     Telephone No.<br>John H. Donboli  (SBN 205218)         Tel:  (858) 793-6244<br>J.L. Sean Slattery (SBN 210965)        Fax  (858) 793-6005<br>DEL MAR LAW GROUP, LLP<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | |
| <u>SHORT CASE TITLE</u><br>STEWART v. CCTG, LTD.<br><u>ATTORNEYS FOR PLAINTIFF</u><br>BLAKE STEWART | ICJ:<br>DEPT:<br><u>Case No.</u><br>08-CV-0269 BEN CAB |

## PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 322 8th Street, Suite 101, Del Mar, California 92014.

On July 15, 2008, I served the following document(s):

**1.    NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY STIPULATION OF ALL PARTIES**

To the following recipients who are addressed as follows:

| ELIZABETH J. KOUMAS (SBN:  157425)<br>KOUMAS LAW GROUP<br>110 W "C" St, Suite 1810<br>San Diego, CA, 92101<br>Telephone:  (619) 398-8301<br>Facsimile:  (619) 234-8814<br>Email:  ejk@koumaslaw.com<br>Counsel for Defendants | |

(X)    **BY ELECTRONIC FILING**.  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

(  )    **BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**.  I am familiar with this firm's practice of collection and processing correspondence for certified mailing, return receipt requested with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §877.6.

(  )    **BY MAIL**.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

(  )    **BY FAX**.  In addition to service by mail as set forth above, a copy of said document(s)

-2-

1    were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure §1013(e).

2  ( )  **BY PERSONAL SERVICE**.  I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

3  ( )  **BY PERSONAL SERVICE**.  I hand-delivered said document(s) to the addressee pursuant to Code of Civil Procedure §1011.

4  ( )  **BY FEDERAL EXPRESS**.  I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

5  ( )  **BY EMAIL.**  I emailed the document(s) listed above to the E-mail address(es) set forth above on this date before 5:00 p.m.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed on July 15, 2008.

                                                        s/John H. Donboli\
                                                        John H. Donboli