**FILED**
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE STEWART, an individual and on behalf of all similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C. C. T. G., LTD., a California Corporation, EUGENE CODA, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 08-CV-0269 BEN CAB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 13] |

　　　Plaintiff BLAKE STEWART ("Plaintiff") and Defendants C. C. T. G., LTD. and EUGENE CODA (collectively "Defendants") filed a Notice of Voluntary Dismissal of Action By Stipulation of All Parties on July 15, 2008, which the Court now construes as a Joint Motion to Dismiss. For good cause shown, IT IS HEREBY ORDERED that this action be dismissed in its entirety WITH PREJUDICE. The parties shall bear their own costs and attorneys' fees.

Dated: July 22, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　Judge of the United States District Court